United States District Court

Eastern District of California

Howard P. Thomas,

        Plaintiff,                    No. Civ. S 05-0956 DFL PAN P

  vs.                                Order

Charles Francis Crapotta, et al.,

        Defendants.

-oOo-

    Plaintiff submitted a complaint May 16, 2005, with a letter stating he had authorized transfer of $150 from his trust account to pay the filing fee. May 23, 2005, the court informed plaintiff he must either pay the $250 filing fee or seek leave to proceed in forma pauperis.

    May 27, 2005, the court received $150 from plaintiff.

    Plaintiff has 30 days either to pay the remaining $100 for the filing fee or to seek leave to withdraw the payment made and to seek leave to proceed in forma pauperis. Otherwise this file

1 | will be closed.
2 |     So ordered.
3 |     Dated: July 12, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge