IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD P. THOMAS,

        Plaintiff,                No. CIV S-05-0956 DFL PAN P

    vs.

CHARLES F. CRAPOTTA, M.D., et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. § 1983. By order filed August 31, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Komal Bharat Desai, M.D., Joan Marie O'Brien, M.D., Charles Francis Crapotta, M.D., Eli Barney Richman, M.D.,

/////

1

Nadim Khalil Khoury, M.D., Joseph A. Bick, M.D., Raymond Lawrence Andreasen, M.D., and Thomas Donahue, M.T.A.

    2. The Clerk of the Court shall send plaintiff eight USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed October 24, 2005.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Nine copies of the endorsed amended complaint filed October 24, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 26, 2006.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/001; thom0956.1amd

```
```
```
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD P. THOMAS,

      Plaintiff,                          No. CIV S-05-0956 DFL PAN P

      vs.

CHARLES FRANCIS CRAPOTTA,      NOTICE OF SUBMISSION
M.D., et al.,                            OF DOCUMENTS

      Defendants.

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                             Amended Complaint

DATED:

                                             _____
                                             Plaintiff









IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD P. THOMAS,

    Plaintiff,                    No. CIV S-05-0956 DFL PAN P

    vs.

CHARLES FRANCIS CRAPOTTA,    NOTICE OF SUBMISSION
M.D., et al.,                      OF DOCUMENTS

    Defendants.
_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                            Amended Complaint

DATED:

                                    _____
                                    Plaintiff