IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD P. THOMAS,

     Plaintiff,                    No. CIV S-05-0956 DFL EFB P

    vs.

CHARLES F. CRAPOTTA, et al.,

     Defendants.           <u>ORDER</u>

_____/

        Plaintiff requests the court appoint counsel upon the grounds he is indigent, he is in poor health, he is uneducated and there are many defendants.

        District courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). Upon a showing of exceptional circumstances, the court may request the voluntary assistance of counsel. 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

        Plaintiff alleges defendants opted to treat plaintiff's ocular tumor by removing his eye even though other less invasive treatments were available. The law is well-settled and plaintiff articulates his claim well in light of its complexity. Plaintiff has failed to demonstrate exceptional circumstances.

1

1   For these reasons, plaintiff's August 14, 2006, request for appointment of counsel is
2   denied.
3   So ordered.
4   DATED: August 24, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/bb
thom0956.dny counsel

2