IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD P. THOMAS,

      Plaintiff,                   No. CIV S-05-0956 DFL EFB P

   vs.

CHARLES F. CRAPOTTA, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendant's October 30, 2006, motion to dismiss  <u>See</u> Fed. R. Civ. P. 6(b).

      Plaintiff's November 28, 2006, request is granted and plaintiff has 30 days from the date this order is served to file an opposition to defendant's October 30, 2006, motion to dismiss.

      So ordered.

Dated:  December 7, 2006.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE