IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD P. THOMAS,

        Plaintiff,                     No. CIV S-05-0956 DFL EFB P

        vs.

CHARLES F. CRAPOTTA, et al.,.

        Defendants.           <u>ORDER</u>

_____/

        On September 14, 2006, plaintiff filed a document entitled "objections" to the magistrate judge's August 29, 2006, order denying plaintiff's request for appointment of counsel. The court construes the objections as a request for reconsideration of the magistrate judge's order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

////

////

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed August 29, 2006, is affirmed.
3 DATED: 1/15/2006

                                              DAVID F. LEVI
                                              United States District Judge